**Order issued June 9, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

_____

### No. 05-13-00963-CR
_____

## CHRISTOPHER ARIC RADKE, Appellant

## V.

## THE STATE OF TEXAS, Appellee

---

## O R D E R

Before Justices Bridges, Francis, and Lang-Miers

The Court **GRANTS** appellant's June 5, 2014 motion for extension of time to file a motion for rehearing. We **ORDER** appellant to file his motion for rehearing within **TWENTY (20) DAYS** from the date of this order.

We **DIRECT** the Clerk of the Court to send a copy of this order and all future correspondence to Christopher Aric Radke, TDCJ #0806352, Michael Unit, 2664 FM 2054, Tennessee Colony, Texas, 75886.

_____
DAVID L. BRIDGES
JUSTICE